## TOWN OF GROTON *v.* CATHY LEWIS ET AL.

The petition by the defendant Eustace H. Lewis, Jr., for certification for appeal from the Appellate Court, 58 Conn. App. 359 (AC 18497), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Eustace H. Lewis, Jr.*, pro se, in support of the petition.

*Raymond L. Baribeault, Jr.*, in opposition.

Decided December 5, 2000

## STATE OF CONNECTICUT *v.* HENRY AUSTIN

The defendant's petition for certification for appeal from the Appellate Court, 59 Conn. App. 305 (AC 18906), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Henry Austin*, pro se, in support of the petition.

*Eileen McCarthy Geel*, assistant state's attorney, in opposition.